STATE OF LOUISIANA                                    NO. 22-KH-402

VERSUS                                                FIFTH CIRCUIT

JARED DIAZ                                            COURT OF APPEAL

                                                     STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

September 12, 2022

Linda Wiseman
First Deputy Clerk

**\*\*CONFIDENTIAL\*\***
**LSA-RS 46:1844(W)**
**ATTORNEYS OF RECORD**
**ONLY**

---

**IN RE** JARED DIAZ

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT
COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
STEPHEN D. ENRIGHT, JR., DIVISION "N", NUMBER 18-2516

---

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Stephen J. Windhorst


**WRIT OF MANDAMUS RELIEF GRANTED**

In his *pro se* writ application requesting mandamus relief, relator, Jared
Diaz, contends the district court has failed to rule on his Motion for Subpoena
Duces Tecum filed in the district court on June 10, 2022, which he allegedly
mailed on June 6, 2022.  Additionally, relator requests this Court issue an order to
the district court to "re-answer" his Motion for Production of District Attorney's
File and Production of Original Audio Recordings from Case No. 18-2516; Motion
for Private Investigator; and, his Affidavit of Fact on the basis that he never
received notice of the rulings denying these motions.

On February 12, 2020, relator was found guilty of trafficking children for
sexual purposes in violation of La. R.S. 14:46.3.  On March 2, 2020, the trial court
sentenced relator to 50 years imprisonment at hard labor.  ON April 12, 2021, the
trial court found relator to be a second felony offender and re-sentenced him to 65
years imprisonment at hard labor.  *State v. Diaz*, 20-381 (La App. 5 Cir. 11/17/21),
331 So.3d 500, *writ denied*, 21-1967 (La. 4/5/22), 335 So.3d 836.  Relator's
conviction and sentence are now final.

The official record shows that the district court considered relator's motion
to produce the District Attorney's file and original audio recordings from Case No.
18-2516 and denied both on June 24, 2022.  While the district court's June 24,
2022 order did not specifically identify relator's motion requesting a subpoena
duces tecum to be issued to the Jefferson Parish Clerk of Court, the district court
judge did specifically address the merits of that motion in the ruling.  Relator's
motion to appoint a private investigator and his Affidavit of Fact were reviewed
and denied by the district court on July 15, 2022.

22-KH-402

The official record evidences that the district court's June 24, 2022 and July 15, 2022 orders requested service upon relator at "R.L.C.C., 1630 Prison Road, Cottonport, LA 71327." However, the record shows that relator was transferred from the Raymond Laborde Correctional Center in Cottonport on December 28, 2021, to Elayn Hunt Correctional Center located in St. Gabriel, Louisiana. At the time relator filed the motions that are at issue herein, the record indicates that he resided at B.B. Rayburn Correctional Center in Angie, Louisiana. According to his writ application, he is currently housed at that location. There is no indication in the record that service of the district court's rulings at issue were ever properly served upon relator giving him notice of the district court's decisions.

Accordingly, we grant relator's request for mandamus relief and order the district court to properly serve relator with the court's Orders dated June 24, 2022, and July 15, 2022, respectively, at the B.B. Rayburn Correctional Center, 27268 LA-21, Angie, Louisiana 70426. Further, to the extent relator's motion for subpoena *duces tecum* was not fully addressed in the court's June 24, 2022 order, the district court is directed to issue a ruling on that motion within ten days of this order. The district court is further ordered to provide a copy of its ruling to relator at his current address and to this Court.

Gretna, Louisiana, this 12th day of September, 2022.

**SMC**
**FHW**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>09/12/2022</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-KH-402**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Jared Diaz #524403 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426